

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MARIA DURIA CHAVELAS, INDIVIDUALLY, ALSO KNOWN AS MARIA DURIA WILHELM, D/B/A INTERNATIONAL LEGAL SERVICES-ABOGADOS, D/B/A ABOGADOS SIN FRONTERAS, D/B/A INTERNATIONAL LEGAL SERVICES, AND D/B/A ATTORNEYS WITHOUT BORDERS, LLC, | § § § § § § § § | No. 08-19-00081-CV<br><br>Appeal from the<br><br>346th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2014DCV1634) |
| Appellant, | § |  |
| v. | § |  |
| THE STATE OF TEXAS, | § |  |
| Appellee. |  |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., not participating